1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARY P. PARNOW
4  Special Assistant United States Attorney

JS - 6

5  333 Market Street, Suite 1500
   San Francisco, California 94105
6  Telephone: (415) 977-8928
   Facsimile: (415) 744-0134
7  E-Mail: mary.parnow@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA A. NACKER, ) | CIVIL NO. CV 08-00208 MLG |
| Plaintiff, ) | JUDGMENT OF REMAND |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: October 1, 2008

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE